

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00432-CV

**AUDI AG AND VOLKSWAGON GROUP OF AMERICA, INC.,**
Appellant-s

v.

Jesse **RIVERA** and Kathy Rivera,
Appellee-s

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI00118
Honorable Larry Noll, Judge Presiding

# O R D E R

In this court's order of July 27, 2016, appellate deadlines in this case were suspended until November 14, 2016, allowing for a disposition to be filed within (30) days of the date of mediation. The parties were able to reach a settlement agreement in this cause on or about November 10, 2016. On November 14, 2016, the parties requested that the deadline suspension be extended for an additional 45 days from the date of their motion, for the execution of the mediated settlement agreement to be finalized. No further extensions of time will be considered or granted without proof of extraordinary circumstances.

The request is granted. Appellate deadlines in this case are hereby suspended until **December 29, 2016**.

It is so **ORDERED** on November 17, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court